JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SMITH, | Case No. EDCV 20-02473 MCS (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNKNOWN, | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: December 8, 2020

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE